AMANDA COUSIN

VERSUS

MICHAEL COUSIN

NO. 21-CA-150

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

January 06, 2022

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Jude G. Gravois, and Stephen J. Windhorst

## <u>DENIED WITHOUT REASONS</u>

**SJW**
**SMC**
**JGG**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/06/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-CA-150**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (District Judge)
Leslie A. Bonin (Appellee)          W. J. LeBlanc, Jr. (Appellee)          Cynthia A. De Luca (Appellant)
Don C. Gardner (Appellant)          Marynell L. Piglia (Appellant)

### MAILED

Albert J. Gardner, III (Appellant)
Attorney at Law
6380 Jefferson Highway
Harahan, LA 70123